Rehearing granted, July 26, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7908**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH O. LANGLEY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge.  (4:04-cr-00073-FL-1)

Submitted:  June 22, 2009                    Decided:  June 26, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Alan Williams, KEITH A. WILLIAMS, PA, Greenville, North Carolina, for Appellant.  Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth O. Langley appeals the district court's order granting Langley's 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Langley, No. 4:04-cr-00073-FL-1 (E.D.N.C. Sept. 8, 2008). We deny Langley's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED